No. 11–10115.  RODRIGUEZ *v.* WALKER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 11–10118.  SPIRES *v.* HARBAUGH ET AL.  C. A. 4th Cir. Certiorari denied.

No. 11–10128.  WHITE *v.* MEDINA, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 11–10131.  MUNN *v.* TEXAS.  Ct. App. Tex., 2d Dist.  Certiorari denied.

No. 11–10133.  JOHNSON *v.* TEXAS.  Ct. App. Tex., 4th Dist. Certiorari denied.

No. 11–10137.  PALACIOS *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 11–10141.  LYONS *v.* BELLE GLADES CORRECTIONAL INSTITUTION ET AL.  Sup. Ct. Fla.  Certiorari denied.

No. 11–10142.  MATHIS *v.* McCALL, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 11–10143.  LOGGINS *v.* KANSAS.  Ct. App. Kan.  Certiorari denied.

No. 11–10153.  ALLEN *v.* OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 11–10156.  EDGE *v.* PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 11–10158.  CORRION *v.* CORRION.  C. A. 6th Cir.  Certiorari denied.

No. 11–10159.  DIXON *v.* KERNAN, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–10160.  DIONNE *v.* SAMPSON ET AL.  C. A. 6th Cir. Certiorari denied.

No. 11–10162.  CLEMANS *v.* YATES, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.